UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JACKIE RENEE SPIVEY,**

      **Plaintiff,**

v.                                         **Case No: 6:14-cv-1496-Orl-41MCR**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees ("Motion for Fees," Doc. 23). United States Magistrate Judge Monte C. Richardson submitted a Report and Recommendation (Doc. 24), which recommends that the Motion for Fees be granted and that Plaintiff be awarded $3,326.61 in attorney's fees. (R. & R. at 3). Judge Richardson further recommends that the Court authorize payment directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government. (*Id.*).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 23) is **GRANTED**.

3. Plaintiff is awarded $3,326.61 in attorney's fees.

4. The Court authorizes, but does not require, payment to be made directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record